JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
KATY A. NELSON - State Bar No. 173759
knelson@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Defendant
Associated Industries Insurance Company, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYAN HOLDINGS LLC; SCOTT YANG; KELLY YANG, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** <br><br> Complaint Filed: November 9, 2021 |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendants ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. (hereinafter "Defendant") hereby removes to this Court the state court action described below.

1. On November 9, 2021, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled Skyan Holdings LLC et al. v. Associated Industries Insurance Company, Inc., et al., case no. 21STCV41213. A

copy of the Summons and Complaint and other documents served with the Complaint are attached hereto as Exhibit 1.

2. The first date upon which Defendants received notice and a copy of the Complaint was no earlier than January 5, 2022. This notice is filed within 30 days after the receipt by Defendant of a copy of the Complaint as required by 28 U.S.C. §1446 (b)(1).

3. This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(b) because it is a civil action between citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interest and costs. In this action, Plaintiff seeks both defense and indemnity from Defendants for an underlying action entitled *Meir Raddy and Osher Raddy v. Scott Yang, Kelly Yang and Skyan Holdings LLC,* Case No. BC713919 ("Underlying Action"). The complaint filed in the Underlying Action seeks damages in an undisclosed amount that Defendant understands to be in excess of $1,000,000. Additionally, Plaintiffs seeks their costs of defense expended in the Underlying Action, as well as their attorney's fees incurred in this action. Therefore, the amount at issue in this action is in excess of $75,000.

4. Complete diversity of citizenship exists. Plaintiff Skyan Holdings LLC is a corporation organized and existing under the laws of the State of a California with its principal place of business in California (Complaint ¶ 1). Plaintiffs Scott Yang and Kelly Yang are residents of the State of California (Complaint ¶ 1). Defendant Associated Industries Insurance Company is a corporation organized under the laws of the State of Florida with its principal place of business in New York.

5. Defendants filed and served its Answer to the Complaint in State Court on January 27, 2022. A copy of the Answer is attached hereto as Exhibit 2.

DATED: January 27, 2022

WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation


 /s/ Katy A. Nelson
JEFFREY A. DOLLINGER
KATY A. NELSON
Attorneys for Defendants ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.