Peter J. Schulz, Esq. (SBN 167646)
pjs@sbrlawsd.com
Tommy U. Schroeder, Esq. (SBN 317542)
ts@sbrlawsd.com
SCHULZ BRICK & ROGASKI
600 West Broadway, Suite 960
San Diego, California 92101
Tel: (619) 234-3660
Fax:  (619) 234-0626

Attorneys for Plaintiffs SKYAN HOLDINGS LLC, SCOTT YANG and KELLY YANG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYAN HOLDINGS LLC; SCOTT YANG; and KELLY YANG, <br><br> Plaintiffs, <br><br> v. <br><br> ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Defendant. | Case No.: 2:22-cv-00613 RGK (MRWx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER STRIKING ANSWER OF DEFENDANT ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. AND MOTION TO REMAND** <br><br> **Hearing Date:** March 21, 2022 <br> **Hearing Time:** 9:00 a.m. <br> **Courtroom:** 850 <br> **Judge:** R. Gary Klausner |

TO DEFENDANT ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on March 21, 2022, in the above-entitled Court, Plaintiffs will, and hereby do, move the Court for an order striking the answer filed by Defendant ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. in the state court action prior to removal to this Court.

In addition, Plaintiffs move the Court to remand this action to the state court

SKY-001 | Skyan Mtn to Strike AIIC Answer (NOM) 021622     -1-     22-cv-00613

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER STRIKING
ANSWER OF DEFENDANT ASSOCIATED INDUSTRIES AND MOTION TO REMAND

1  of original jurisdiction.

2      The motion is based upon this Notice of Motion and Motion, the
3  accompanying Memorandum of Points and Authorities, the Declaration of Jon
4  S. Brick, all pleadings and papers on file in this action, and upon such other matters
5  as may be presented to the Court at the time of the hearing.

7  Dated: February 16, 2022        SCHULZ BRICK & ROGASKI

                                            By: */s/ Peter J. Schulz*
                                                Peter J. Schulz, Esq.
                                                Tommy U. Schroeder, Esq.
                                                Attorneys for SKYAN HOLDINGS LLC,
                                                SCOTT YANG and KELLY YANG

SKY-001 | Skyan Mtn to Strike AIIC Answer (NOM) 021622    -2-    22-cv-00613

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER STRIKING
ANSWER OF DEFENDANT ASSOCIATED INDUSTRIES AND MOTION TO REMAND